IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN W. SIMKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-9040-MC-W-DW |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the parties' Joint Motion for Dismissal of Plaintiff's Petition for Return of Property (Doc. 7). The parties state that the Internal Revenue Service has refunded the contested funds to John W. Simkins and Peggy Niemet. Accordingly, Court DISMISSES the above-styled action *without prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

Date: March 16, 2007   /s/ DEAN WHIPPLE
Dean Whipple
United States District Court